AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JAN 22 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Ernest Rocha | ) Case No. | 3 20 70045 MAG |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 21, 2020  in the county of  Sonoma  in the
 Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of public money |
| | Maximum penalties: 10 years imprisonment; 3 years supervised release; $25,000 Fine; $100 Special Assessment; and Restitution, if applicable |

This criminal complaint is based on these facts:

See Affidavit of Nicholas J. Hamner, Postal Inspector, US Postal Inspection Service

☑ Continued on the attached sheet.

Approved as to form _____
AUSA [signature]

*Complainant's signature*

Nicholas J. Hamner
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-22-20

[signature]
*Judge's signature*

City and state:  San Francisco, California   Hon. Sallie Kim, U.S. Magistrate Judge
*Printed name and title*

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN RUBINO (CABN 255677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America

FILED

JAN 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| IN RE MATTER OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR CHRISTOPHER ERNEST ROCHA | CASE NO. 3 20 70045<br><br>AFFIDAVIT OF POSTAL INSPECTOR NICHOLAS J. HAMNER IN SUPPORT OF APPLICATION FOR AN ARREST WARRANT |

I, Nicholas J. Hamner, Postal Inspector for the United States Postal Inspection Service being duly sworn state:

## I. INTRODUCTION

### A. Purpose of Affidavit

1. I make this affidavit in support of the issuance of a criminal complaint and a federal arrest warrant against Christopher Ernest Rocha ("ROCHA") for violation of Title 18, United States Code, Section 641 (Theft of Government Property) (hereafter, the "Target Offense") committed on or about January 21, 2020 in the Northern District of California.

### B. Sources of Information

2. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers/agents who have participated in this investigation, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. I have also conducted my own investigation into ROCHA. My participation in this investigation, as well as my experience and training as a Postal Inspector, form the basis of the opinions and conclusions set forth below.

3. I have not included each and every fact known to me concerning this investigation. I have only set forth the facts I believe are necessary to establish probable cause that the aforementioned violation of federal law has occurred. Further, my interpretations and explanations of the significance of certain events, records, and statements discussed herein may evolve or change as the investigation progresses and/or new information is discovered.

## II. AFFIANT BACKGROUND AND APPLICABLE LAW

### A. Agent Experience and Background

4. I am a Postal Inspector of the United States Postal Inspection Service ("USPIS"), the law enforcement arm of the United States Postal Service ("USPS"). I have been employed as a Postal Inspector since April 2017. I completed 12 weeks of training at the USPIS National Training Academy to become a Postal Inspector. My training included learning how to conduct investigations into a variety of federal crimes.

5. Currently, I am assigned to the San Francisco External Crimes team, where my responsibilities include the investigation of mail theft, identity theft, financial fraud, burglaries, and violent crimes. In this position, I have investigated and participated in the charging of multiple federal cases involving various federal offenses. I am familiar with the types of evidence gathered in a variety of investigations of theft of government property.

6. During my career as a Postal Inspector, I have personally investigated or assisted in numerous investigations of theft of USPS property, burglaries, robberies, mail theft, workplace violence, identity theft, bank fraud, and wire fraud. I have received specialized training as an instructor in firearms proficiency and law enforcement tactics.

7. Prior to working for the USPIS, from May 2010 to April 2017, I was employed by the United States Air Marshal Service, whose mission is to detect, deter, and defeat criminal and terrorist activity that target the transportation system of the United States. As a Federal Air Marshal, I completed hundreds of covert missions both domestically and internationally.

8. In addition to the training and experience discussed above, I have also spoken to and worked with more experienced federal and state agents and officers throughout my career.

**B. Applicable Law**

9. Title 18, United States Code, Section 641 prohibits a defendant from embezzling, stealing, or knowingly converting to his own use, or the use of another, any record, money, or thing of value of the United States or of any department or agency thereof.

**III. FACTS ESTABLISHING PROBALE CAUSE**

**A. ROCHA's Prior Criminal History**

10. ROCHA is approximately 50 years old. Based on an initial review of his criminal history, it appears ROCHA's contact with the criminal justice system began with a felony conviction at the age of 21, and it continued through his arrest approximately six months ago for multiple felonies, including unlawful possession of a firearm and carrying a loaded firearm in a public place. The current status of the most recent charges are unknown at present.

11. In the intervening 29 years, ROCHA has served two multi-year prison sentences in the California Department of Corrections and Rehabilitation. In 1995, he was sentenced to three years in prison for assault with a firearm. In 2003, he was sentenced to two years in prison for felony domestic violence. During this time, ROCHA has also repeatedly violated the terms of his parole, including violations in 1998, 1999, and 2000.

**B. The Current Investigation of ROCHA**

12. ROCHA is employed as a driver for an independent trucking company that supplies transportation services to USPS. As part of his job responsibilities, ROCHA transports U.S. mail, as well as money and other property of the USPS, from post offices in Sonoma County to a USPS processing and distribution center ("PDC") in San Francisco. On many weekdays since approximately December 2019, ROCHA has collected one white canvas bag from the U.S. Post Office at 160 Foss Creek Circle in Healdsburg that contained all or most of the proceeds of the Post Office's retail transactions that day, including cash, checks, and/or money orders. On some days, the white canvas bag collected by ROCHA at the Healdsburg Post Office also contained registered mail sent by USPS customers. Before ROCHA took possession of these bags, USPS practice is to close, lock, and seal the bags with a tamper-proof U.S. Registered Mail seal with a unique tracking number. Within the Postal Service, such bags are sometimes referred to as "registry bags." Before collecting a registry bag, the driver must sign a registry book indicating that they took possession of the bag.

13. On at least six occasions over the past six weeks, ROCHA failed to deliver to the PDC in San Francisco the registry bag that he collected from the post office in Healdsburg. On January 9, 2020, I spoke with P.J., a registry clerk at the San Francisco PDC. P.J. showed me the "Daily Bank Checklists" maintained at the PDC to record the delivery of registry bags from area post offices. On the daily checklists dated December 9, 10, 12, 26, and 30 of 2019, the box to indicate that the deposit for the Healdsburg Post Office was received was left unmarked. On January 17, 2020, I obtained from P.J. the San Francisco PDC Checklists for January 10 and 15, 2020. Those daily checklists also did not have marks for the Healdsburg Post Office, indicating that the San Francisco PDC did not receive a registry bag from the Healdsburg Post Office for those days either. The day before, January 16, 2020, I reviewed the registry book at the Healdsburg Post Office that records the collection of delivery bags by drivers. A signature that looks like "Christopher Rocha" appears in the registry book for the lines dated December 9, 10, 12, 30 of 2019 and January 10 and 15 of 2020. According to the Daily Bank Checklists in San Francisco, those are all of the days for which a registry bag from Healdsburg was not delivered

to the PDC, with the exception of December 26, 2019. An unidentified signature is on the Healdsburg registry book for that date. Based on these and other facts, the Postal Inspection Service undertook a further investigation into ROCHA's activities.

### C. ROCHA's Current Offense

14. On January 21, 2020, I travelled to the Healdsburg Post Office and took pictures of the checks and cash bills before they were put inside the Healdsburg registry bag. On that same day, Postal Inspectors Tyler Sherman and Dallas Lowry initiated surveillance of ROCHA and observed him a vehicle marked on the side with the number "890045." Based on my participation in this investigation, I believed the vehicle to be ROCHA's assigned delivery truck. On the evening of January 21, Inspectors Sherman and Lowry surveilled ROCHA as he traveled to the Healdsburg Post Office. After ROCHA arrived, I observed him in the Healdsburg Post Office. I saw ROCHA take custody and sign for the registry bag containing the cash from the day's transactions. Shortly thereafter, Inspectors Sherman and Lowry saw ROCHA carry a white bag of the same general size as a registry bag under his left arm into the cab of his truck before departing the Healdsburg Post Office.

15. Later that evening, ROCHA arrived at the Santa Rosa Main Post Office. There ROCHA loaded U.S. mail, one registry bag, and one registry parcel into his trailer. Inspectors Sherman and Lowry observed ROCHA throw a pack of small papers and a dark-colored plastic material into the Santa Rosa Main Post Office dumpster. Inspectors Sherman and Lowry searched the Santa Rosa Main Post Office dumpster and found a torn USPS remittance pouch with a registered mail label bearing RF 324 258 424 US. This is the same type of pouch in which the USPS sometimes stores cash being transferred in a registry bag. Below the USPS torn remittance pouch, there were 12 checks and one Healdsburg Post Office deposit ticket dated January 21, 2020. A check of USPS registered mail label RF32 4258 424 US in postal indices indicated that the remittance pouch was from the Healdsburg Post Office on January 21, 2020.

16. Inspectors Sherman and Lowry observed ROCHA depart from the Santa Rosa Main Post Office and travel on California Highway 101 South. Postal Inspectors Sherman and

Lowry followed ROCHA until he arrived at the San Francisco PDC. Inspectors then arrested ROCHA in his vehicle. Incident to ROCHA's arrest, I searched the cabin of the truck he was driving and found a stack of cash wrapped in a rubber band in the inner pocket of a jacket draped over the driver-side seat. The top bill in the stack had the same serial number as one of the bills I photographed at the Healdsburg Post Office before placing it in the registry bag. I later confirmed the serial numbers on other bills in the stack matched those I photographed at the Healdsburg Post Office earlier in the day. The stack contained over $5,000 in cash.

### D. ROCHA's Admissions Following Arrest

17. After being arrested, ROCHA was escorted to an interview room at the USPIS San Francisco Domicile located at the San Francisco PDC. There I read to ROCHA *Miranda* warnings from Inspection Service Form 1067 "Warning and Waiver of Rights." I gave the form to ROCHA and he signed and dated it, indicating that he understood his rights. He also signed and dated the waiver portion of the form, indicating that he waived his rights and agreed to speak with us.

18. A summary of some of ROCHA's statements during the interview are detailed below. According to ROCHA, he lives at his mother's house in Fresno. In December, his current employer asked him to provide transportation services for the USPS in and around Sonoma County during the Christmas season. ROCHA said he travels to Petaluma for this job at the beginning of the week, stays at a hotel in that area, and then returns home to Fresno for the weekend.

19. ROCHA stated that, on January 21, 2020, he picked up the registry bag from the Healdsburg Post Office. He said he opened the bag while driving to the Santa Rosa Main Post Office and removed its contents. ROCHA stated that he took the cash and put it in his coat pocket. ROCHA said he took the checks and receipts in the registry bag and threw them in a dumpster at the Santa Rosa Main Post Office. ROCHA said he stopped his truck at an exit along Interstate 580 where he threw the canvas registry bag in a bush.

20. ROCHA admitted that he has taken registry bags from the Healdsburg Post Office on other occasions and stolen the cash inside. ROCHA stated that there is usually about $6,000 in each bag. ROCHA estimated that he has taken three or four bags and stolen approximately $18,000. ROCHA said he used this money to pay bills, party with friends in Fresno, and buy drugs. ROCHA stated he used $4,500 of the cash he had stolen from registry bags to purchase a Corvette and used other stolen money to buy rims and tires for that vehicle. (Of note, inspectors have observed ROCHA driving a Corvette while conducting surveillance during the course of this investigation.) ROCHA stated that at least one of the registry bags that he opened contained USPS payroll checks.

21. ROCHA stated that he started taking registry bags from the Healdsburg Post Office a few weeks before Christmas. ROCHA stated that if he signed for a registry bag and it was not turned in then that means he stole the bag. ROCHA said it was possible he took a total of seven registry bags from the Healdsburg Post Office.

22. ROCHA confirmed that in addition to stealing registry bags, he also takes packages from the back of his truck. ROCHA said that he stole the first of these packages because it smelled like "weed." When he opened the package, he found that it in fact contained about a pound of "weed." He said that he has also taken other packages that contained women's clothing, which he gave to family members for Christmas. He said he took some St. Lucia stamps that he has at his house in Fresno inside a safe.

23. ROCHA stated he uses meth and smokes marijuana and that he used drugs at approximately 5:00 PM before he started work on January 21, 2020. ROCHA confirmed that he was capable of talking to us and understood everything that was going on. ROCHA stated he had meth in his wallet and some "bud" in his hotel room in a jar.

24. During the interview ROCHA gave consent for us to search his hotel room at the Motel 6 in Petaluma (Room 152). ROCHA said he does not keep any cash or meth in his hotel room. He also gave consent for us to search his truck at the San Francisco PDC and his Corvette parked at the lot of his employer in Petaluma.

## V. CONCLUSION

25. On the basis of my participation in this investigation and the information summarized above, I believe that, on January 21, 2020, in the Northern District of California, ROCHA knowingly committed the crime of theft of government property in violation of Title 18 of United States Code § 641.

I declare under penalty of perjury that the statement above are true and correct to the best of my knowledge and belief.

_____
NICHOLAS J. HAMNER
Postal Inspector
United States Postal Inspection Service

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 22 DAY OF JANUARY, 2020.

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

HAMNER AFF. ISO COMPLAINT       8