```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN RUBINO (CABN 25677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America
```

FILED
2020 FEB 10 P 3: 42
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER ERNEST ROCHA, <br><br> Defendant. | NO. 3-20-70045 MAG <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING, EXCLUDING TIME AND EXTENDING THE DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Christopher Ernest Rocha, that the arraignment and preliminary hearing set for February 11, 2020 at 10:30 a.m. be vacated and rescheduled for Wednesday, February 26, 2020 at 10:30 a.m. The reasons for this request are that defense counsel has received discovery and the parties are exploring a resolution of the case.

Based on the foregoing, the parties stipulate and agree that excluding time from February 11, 2020 until February 26, 2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2020 through February 26, 2020 from computation under the Speedy Trial

1  Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
2  3161(h)(7)(A), (B)(iv).
3      The parties further stipulate that, with the consent of the defendant, there is good cause for
4  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
5  extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P.
6  5.1; 18 U.S.C. § 3161(b).
7      The undersigned Assistant United States Attorney certifies that he has obtained approval from
8  counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 10, 2020        /S/
      KEVIN RUBINO
      Assistant United States Attorney

DATED: February 10, 2020        /S/
      STEVEN KALAR
      Counsel for Defendant Christopher Ernest Rocha


# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 11, 2020 through February 26, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 11, 2020 through February 26, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. For the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that:

1. the hearing in this matter currently scheduled for February 11, 2020 will be vacated and the matter set for hearing on February 26, 2020 at 10:30 a.m.; and

2. the time from February 11, 2020 through February 26, 2020 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed R. Crim. P. 5.1(d).

IT IS SO ORDERED.

DATED: 2/10/2020

HON. JOSEPH C. SPERO
Chief United States Magistrate Judge

